

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:       Raudel Alvarez v. The State of Texas

Appellate case number:    01-17-00711-CR

Trial court case number:   1556876

Trial court:               185th District Court of Harris County

      This Court's November 9, 2017 Order of Abatement had abated and remanded this case for the trial court to determine whether appellant's appointed counsel, Paul Morgan, should be permitted to withdraw and new counsel should be appointed. On December 13, 2017, an appeal hearing record was filed in this Court in which the trial court permitted Mr. Morgan to withdraw, found the appellant, Raudel Alvarez, to be indigent, and stated that it would appoint new counsel. On December 21, 2017, a supplemental clerk's record was filed attaching, among other things, counsel's motion to withdraw, but no order appointing new counsel. On February 21, 2018, in compliance with the Clerk of this Court's February 6, 2018 notice, a second supplemental clerk's record was filed in this Court attaching a pauper's oath on appeal and order of the court, signed on December 13, 2017, appointing Adam Brown as appellant's counsel.

      Accordingly, the Court sua sponte directs the Clerk of this Court to **REINSTATE** this case on the Court's active docket, to remove Paul Morgan as appellant's counsel, and to designate **Adam Brown** as appellant's new lead counsel. *See* TEX. R. APP. P. 6.1(c), 6.5(b), (d). Appellant's brief is **ORDERED** to be filed within **30 days** of the date of this order. *See id.* 2, 34.5(c)(3), 38.6(a)(1). The State's appellate brief, if any, is **ORDERED** to be filed no later than **30 days** from the filing of appellant's brief. *See id.* 38.6(b).

      It is so ORDERED.

Judge's signature: /s/ Laura C. Higley
                  ☑ Acting individually    ☐ Acting for the Court
Date: March 27, 2018